# EXHIBIT A

Ricky Ma

Hawaii

August 1, 2024

Honorable Derrick K. Watson
Chief Judge, U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

Re: Alexander Yuk Ching Ma

Dear Honorable Chief Judge Watson:

I am writing to you on behalf of my father, Alexander Yuk Ching Ma. While I am aware that he has pled guilty to the charges against him, I would like to share my personal experiences and the profound impact he has had on my life.

Growing up, my father was my constant source of support and guidance. He was present at every milestone of my life, from my first day at Aina Hina Elementary School to my graduation from Kaiser High School as one of the valedictorians. My father's unwavering dedication to my education and well-being played a crucial role in shaping who I am today.

When we moved to Hawaii from Shanghai, I was 2.5 years old. My father helped me adapt to the new environment and culture, ensuring that I felt secure and supported throughout the transition. He encouraged me to pursue my interests and excel in my studies, always emphasizing the importance of hard work and integrity.

As a result of his influence, I graduated from UCLA with a degree in Biology and am currently in my third year at the John A. Burns School of Medicine, working towards becoming a doctor. My father's encouragement and belief in my potential have been instrumental in my academic and personal achievements.

I want to credit my dad for my success in life thus far. Growing up and watching his work ethic and dedication to providing for his loved ones is something I model my conviction and dedication on. I remember after his long hours at work when I was in elementary school, he would come home and spend many hours tutoring me and helping me practice for upcoming competitions. While I was often frustrated that I had to work so hard when all I wanted to do was play, looking back now, I have nothing but gratitude for my father as he has given me the mindset and tools to excel not only academically but also socially, which has allowed me to rise above the rest in life.

One thing about myself that I am particularly proud of is my ability to connect and converse with others, which greatly aids me in my daily work as a physician in training. Being able to connect with my patients and create rapport quickly is one of my strongest qualities as a person. I believe this attribute shined through in my application and interviews for medical schools, leading to countless interviews and acceptances. This ability to talk to people is one that I acquired by observing my father interact with others. His joyous and jokester personality permeated his daily life. Whether waiting in line at the grocery store or talking to waiters, he was always able to make anyone laugh and smile. I admired this ability of his, which prompted my transition from a quiet and shy kid to an outgoing and sociable person in college.

Beyond his role as a father, my dad has always been a compassionate and generous individual. He consistently helped our neighbors and contributed to our community. His kindness and willingness to lend a hand have earned him the respect and gratitude of many.

Throughout my life, I have always seen my dad use his own money and time to help seemingly random people, which didn't make much sense to me when I was younger. Growing up, I understood that our family didn't have much money. We made the best of what we had, and it was because of this understanding that I was stingy and didn't like to spend money. Therefore, I always questioned why my father would roll down his windows at stoplights to give money to the houseless or use his own money to help pay for other people's things without expecting anything in return. It was also for this reason that I didn't understand why he bought me all the toys and things I wanted.

Now, I understand completely. At his core, my father is the most generous and selfless person I will ever meet. Coming from humble beginnings and not being able to experience life to the fullest due to monetary limitations, he wanted to ensure that everyone around him could live the life he wanted growing up - to have what he did not. Likewise, he provided me with everything I wanted so I wouldn't feel like I had less than other kids, as well as providing aid to others in need around the community. He could sense my stinginess and always told me to pay for my friends' food and share my money with others.

One more story I want to share about my father is a memory from when I went grocery shopping with him as a little kid in Chinatown at a cramped fish store. My dad tried his best to navigate us through the crowd. I recall being bumped hard by a woman, which caused me to stumble back a little. I just recall feeling taken aback by the push but proceeded forward. My dad witnessed that and proceeded to flag her down, explaining what happened and asking her to apologize to me after she insisted that she did not do anything wrong. Although a seemingly small event for my dad, it was impactful for me as it served as a catalyst to remind myself to stand up for myself and not let people push me around. This is the type of person my dad is, someone who protects those he loves.

I hope that you will consider this perspective as you make your decision. My father is more than the charges against him; he is a loving parent, a dedicated community member, and a person who has made a significant positive impact on my life and the lives of many others.

Thank you for your time and consideration.

Sincerely,

*[signature]*

Ricky Ma

Amy Ma

Hawaii

August 1, 2024

Honorable Derrick K. Watson
Chief Judge, U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

Re:     Alexander Yuk Ching Ma

Dear Honorable Chief Judge Watson:

I write to you on behalf of Alexander Ma (Alex), who is my former husband.  I am aware that he has pled guilty to the charges against him but I write to share my experiences with him that I hope can help you understand the person I know.

Although we have divorced since his arrest, I know him to be above all a great father to our son Ricky.  When we moved to Hawaii from Shanghai, Ricky was 2.5 years old.   He was a good father to Ricky and was there for him the whole time Ricky grew up.  He was there for him every day from Ricky's first day in Kindergarten at Aina Hina Elementary School, to Niu Valley Middle School, to Kaiser High School, where Ricky graduated as one of their Valedictorians.  Alex would always volunteer his time for Ricky's fundraising events throughout his schooling.  He spent countless hours selling coupons and assisting at events to ensure Ricky and his classmates could enjoy enriching experiences without limitations.

Ricky has gone on to graduating from UCLA with a degree in Biology and was accepted to the John A. Burns School of Medicine, where he is now in his 3rd year, and on his way to becoming a doctor.  Ricky is my proudest achievement and as one of his parents, I can tell you that Alex had a large part in Ricky's success as a student and growing up to be a very respectful, friendly, happy, talkative, and caring young man.

Alex is a good person who regularly helped his neighbors and regularly donated money to Cathedral Basicia of Our Lady of Peace, the church that his mother attended regularly when she was alive.

Alex had a lot of good friends and work friends.  He indiscriminately looked out for everyone around him. He jumped into action at work when he saw his former boss slumped over his desk unresponsive. He wasted no time in contacting emergency services which prompted a quick and efficient transport to the hospital where they were able to save his life.

Despite Alex's incarceration and their inability to see him, his sisters continue to care, love, and ask about him regularly.  As the youngest siblings in a family of 6, they have always been close and they remain so today despite not seeing him all these years.   Their love for him continues to extend to me as his former wife and to Ricky as they always check-in on us and invite us over for

every holiday and special occasion.

Alex and his sisters grew up without a father, but despite this, his story is truly one of a hard-working immigrant that worked his way through life, graduating from the University of Hawaii and building his life as any other American family.

This is just a short summary of the Alex I know and hope that you can take into consideration this picture of him as you render your decision.

Thank you for your time and consideration,

Amy Ma

Yvonne W.M. Lau
Elizabeth S.Y. Lau
Michael H.S. Lau
██████ Hawaii ██████

August 1, 2024

Honorable Derrick K. Watson
Chief Judge, U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii 96850

Re:     Alexander Yuk Ching Ma

Dear Honorable Chief Judge Watson:

We write to you on behalf of Alexander Ma (Alex), who is my uncle, brother, and brother-in-law respectively.  We understand that he has pled guilty to the charges against him and know that these are serious offenses.  We write to share our experiences with him in hopes that you can give him an opportunity to rehabilitate and redeem himself to all of us for these serious mistakes.

As an uncle (Yvonne), he is the uncle that picked me up from school on days that my parents were both working two jobs.  He took me to McDonalds for that afternoon apple pie and fries, and went to grandma's house to wait for my parents to get off of work.  He was my favorite uncle that made me laugh and imitated Kikaida and Rainbow Man from our favorite Japanese TV show.  He took me to work with him at the marketing firm that he was working at and sometimes, even on his dates with his girlfriend!  When he graduated from college and eventually moved away, we stayed in touch by mail—the old-fashioned way, sharing all the goings on and how much we all missed him and his funny ways.  Whenever we got to see him (when he came home to Hawaii or when we went to Hong Kong to see him) it was always a fun and happy time. He has deep ties to his family and cares deeply about his family, as we do for him.

As a sister (Elizabeth), Alex was the youngest one of our family of six.  We have always been close as the two sisters (Elizabeth and Irene) and Alex were the ones that took care of our mother in Hawaii.  We grew up together most like the three muskateers, our other older brothers were off to their own lives and world, but the three of us were always there to take care of mom and each other.  As each of us got married and started our own families, the three of us still remained close. Alex was the one brother that most often looked out for mom.  Although he moved away, whenever we got together, it was lively, fun, and filled with laughter.  Alex was always the biggest personality in the room.  He makes everyone laugh and he was and is loved.  He was the apple of mom's eye, but also my brother that brought us all together.

As a brother in law (Michael), he was good to his sister (my wife Elizabeth) and made her very happy whenever he was with us.  I appreciated that very much and was happy that she had a

great relationship to her brother.  As we grew older, he would often play the role of tour guide and took us to different places to visit, eat and travel in Hong Kong and China.   I saw him grow into his role as a father himself, despite being divorced and married again, he made lots of mistakes along the way, but all three of his children have grown to become successful and responsible adults.  His eldest son who is a successful software engineer, his daughter Krystle who is now a solicitor in Hong Kong, and his son Ricky who is now a medical student at the John A. Burns School of Medicine, and on his way to becoming a physician, Alex did something right with his life, as reflected in his children.  As his elder, I was extremely disappointed with his actions that have left him behind bars, but I know he has done good things in his life and hope that he will have the opportunity to show that he can live a good and lawful life.

Collectively, we write in strong support of Alexander Ma and hope that you will give him a chance to show all of us that he is and will continue to be a good uncle, brother, brother in law and person in our society.

Thank you for your time and consideration,


Yvonne W.M. Lau


Elizabeth S.Y. Lau


Michael H.S. Lau

**Grant Lau**

 HI

7th August 2024

Honorable Derrick K. Watson
Chief Judge, U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, Hawaii 96850

Re:   Alexander Yuk Ching Ma

Dear Judge Watson,

I am the nephew of Alexander Ma and would like to speak to you on his behalf.  My Uncle Alex has been very close to me since as far as I can remember.  In my preschool years I fondly remember him taking me to parks, giving me gifts and making me laugh.  He is always trying to bring joy to our lives with his childlike sense of humor.

In more recent times, he is still a big part of my life and the lives of my wife and children.  He is the same exact Uncle Alex to my two children as he was to me growing up.  Always the giving, caring, cheerful and jovial personality that was a huge part of my childhood.

Growing up in Hawaii, we were far apart from most of our family that resided in Hong Kong and California.  I never had the huge family gatherings that most of my friends had and this made each aunty, uncle and cousin very special to me.  Uncle Alex was always the one that was around the most.

Alex is the youngest child of our beloved grandma on my mother's side.  My grandma grew up poor and since my grandfather left her early on, she was left to take care of her four sons and two daughters alone.   Our family was very fortunate to be able to immigrate to Hawaii with my grandma, two of her sons (including Alex), and two of her daughters (including my mother).   Two of my uncles including Alex and one of my aunts were able to graduate from the University of Hawaii and would go on to build successful careers.   My grandmother was left here in Hawaii where she resided till she passed away.  I fondly remember my Uncle Alex was here often- taking care of grandma and was definitely the son that cared for her the most.

I accept that Alex has been convicted of conspiracy to commit espionage and understand the seriousness of these crimes against America.  I believe that the time he serves is a clear message of the wrongs he's committed and he

will be ready, when given the opportunity, to show everyone that he can again be a citizen that can contribute to our society.

Please take into consideration the father, grandfather, and uncle I know him to be. He has a son here in Hawaii who is kind and good hearted. Ricky is to become a doctor and is a great young man. He also has a daughter in Hong Kong and another son in Los Angeles with several grandchildren.

I believe that he can learn from his mistakes and become a better person given the chance.

Sincerely,

Grant G.W. Lau

Bonnie Chiu



August 16, 2024

The Honorable Judge Derrick Watson
U.S. District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI, 96850

Re: Letter of Support for Alexander Ma – Sentencing Hearing

Dear Judge Watson,

I am writing this letter in support of my uncle, Alexander Ma, who has been convicted of conspiring to commit espionage and is awaiting sentencing. While I fully understand the gravity of his actions and acknowledge his guilty plea, I hope to offer some perspective on the person I have known my entire life, beyond the mistakes he has made.

My mother is Alexander's sister, and they were the closest in age among their siblings. Since I was young, my Uncle Alex has always been a significant part of our lives. In the early days, while he was living in Hong Kong, we didn't see him as often, but the happy stories my mom shared from her childhood always included him. He was her best friend and protector, especially since they grew up without a father figure and my grandmother was often working. My mom had health issues, and I know that Uncle Alex took care of her in many ways. He would cheer her up with jokes, act silly to make her smile, and ensure she had the right food to alleviate her stomach pains. My mom has told me that she cried a lot when she was young, and Uncle Alex was always there to comfort her.

Later in life, when his son Timothy attended UCLA, we were fortunate to see Uncle Alex more often. During these times, I observed firsthand how much he loves his children—Timothy, Krystal, and Ricky. His involvement in their lives, whether through playing games, watching movies, or engaging in their interests, demonstrated his deep commitment to being a present and caring father. Despite not having fatherhood modeled for him, he prioritized family, ensuring they felt loved and valued. His love extends to his extended family, and he consistently brings smiles to our faces when he's around.

While his actions have led to this unfortunate situation, I hope you will consider the person he has been to his family—a loving brother, father, and uncle who values his loved ones deeply. I know he has made grave mistakes, but I also know that he is capable of positive change and that his family continues to love and support him through this challenging time.

Thank you for considering my perspective.

Sincerely,
Bonnie Chiu

| | |
|---|---|
| From: | arron Yung |
| To: | Salina Kanai |
| Subject: | Charactor Reference for Mr. Alexsander S.Y. Ma |
| Date: | Wednesday, June 19, 2024 7:04:56 PM |

**EXTERNAL SENDER**

From: Arron Yung

I have known Mr. Alexsander S.Y. Ma since 1976 working as a waithelp at the Hilton Hawaiian Village Hotel under my supervision while attending college. At that time, I was Golden Dragon Restaurant Manager. Mr. Ma was self-support
to complete his college degree. I am so proud of his accomplishment. He hold a position as a comptroller in a financial
company in Honolulu. Mr.Ma is well like by his colleague and personal friends.
For your information, I have been a resident in Honolulu since 1961 and retired (age of 86 year young).
For any further information about Mr. Alexsander S.Y.Ma or myself which you may require, I shall be very happy to furnish
upon your request.

Sincerely yours,
Arron Yung