# EXHIBIT B

Dear Judge Watson,

I take full responsibility for my crime. No matter what made me do it. It was wrong for me to have done it. I am kind of glad that the truth is out in the open. Because of my brother, I could not bring myself to report this crime. He was like a father figure to me. In a way, I am also glad that he left this world, as that made me free to admit what I did.

Job 19.13-14
God has made my own family forsake me; I am a stranger to those who knew me, my relatives and friends are gone.

This Bible verse suits my situation perfectly. I have always love my family, my brothers and sisters. Now my world has fallen apart. They are all afraid to associate with me. This is the biggest punishment to me. How can I ever live with myself. I will be a loner for the rest of my life. I would be afraid to make new friends and they find out my past. I hope God and America will forgive me for what I have done. Since incarceration, I have been studying the Bible. Now I am a born again Catholic. Whatever embarrassment I gave to USA and my family and friends, I will pray for them and beg for forgiveness. Every day I pray for my lawyers, the prosecutors, and you, that everything will go smoothly. It is my way of showing love to my neighbors.

My new name is Born Again Ma. I am a new person from pre-incarceration time. I will follow God's comment, love God and love your neighbor as yourself. My brother is gone, and I have no reason or interests to commit the same crime again.

When I leave custody, I plan to spread the word of God, do charity work, and spend time with family. Thank you for taking the time to read this.

**Exhibit B**